IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01147-RPM

PHILLIP GARDNER and
PATRICK SMITH,

    Plaintiffs,

v.

LIVING ART TATTOO STUDIO, LLC, and
MICHAEL PANTOJA,

    Defendants.

_____

ORDER DISMISSING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF
SMITH'S REQUEST TO FILE MOTION FOR DEFAULT JUDGMENT ON OR BEFORE
NOVEMBER 15, 2013
_____

    Upon review of the Response to Order to Show Cause [12] filed October 18, 2013, it is

    ORDERED that the Order to Show Cause entered on October 9, 2013, is dismissed.  It is

    FURTHER ORDERED that Plaintiff Patrick Smith's request for leave to file a motion for default judgment on or before November 15, 2013, is granted.

    DATED: October 21st, 2013

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior Judge