IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01147-RPM-CBS

PHILLIP GARDNER and
PATRICK SMITH,

    Plaintiffs,

v.

LIVING ART TATTOO STUDIO, LLC, and
MICHAEL PANTOJA,

    Defendants.

___

ORDER FOR ENTRY OF FINAL JUDGMENT
___

Upon consideration of the Recommendation Regarding Plaintiffs' Motion for Default Judgment by Magistrate Judge Craig B. Shaffer, entered April 1, 2014 [26], and the supporting papers for the plaintiffs' motions for default judgment, the Court now adopts and incorporates by this reference the findings and conclusions of law contained in the recommendation and upon that basis, it is

ORDERED that Plaintiffs' Motions for Default Judgement [11] and [12] are granted.  It is

FURTHER ORDERED that judgment is entered in favor of plaintiff Phillip Gardner for $4,647.56 jointly and severally against defendants Living Art Tattoo Studio, LLC and Michael Pantoja under the FLSA, and $12,146.76 under the CWCA for which defendant Living Art Tattoo Studio is liable.  It is

FURTHER ORDERED that judgment is entered in favor of plaintiff Patrick Smith for $3,102.32 jointly and severally against defendants Living Art Tattoo Studio, LLC and Michael

Pantoja under the FLSA, and $6,311.87 under the CWCA for which defendant Living Art Tattoo Studio is liable.  It is

FURTHER ORDERED that plaintiffs Phillip Gardner and Patrick Smith are awarded attorney fees and costs jointly and severally against defendants Living Art Tattoo Studio, LLC and Michael Pantoja under in the amount of $7,532.00 and $440.00, respectively.

DATED: May 7th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge