IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01147-RPM-CBS

PHILLIP GARDNER and
PATRICK SMITH,

      Plaintiffs,

v.

LIVING ART TATTOO STUDIO, LLC, and
MICHAEL PANTOJA,

      Defendants.

_____

# JUDGMENT
_____

      Pursuant to the Order for Entry of Final Judgment, signed by Senior District Judge Richard P. Matsch on May 7, 2014.  It is

      ORDERED Plaintiffs' Motions for Default Judgement [11] and [12] are granted.  It is

      FURTHER ORDERED that judgment is entered in favor of plaintiff Phillip Gardner for $4,647.56 jointly and severally against defendants Living Art Tattoo Studio, LLC and Michael Pantoja under the FLSA, and $12,146.76 under the CWCA for which defendant Living Art Tattoo Studio is liable.  It is

      FURTHER ORDERED that judgment is entered in favor of plaintiff Patrick Smith for $3,102.32 jointly and severally against defendants Living Art Tattoo Studio, LLC and Michael Pantoja under the FLSA, and $6,311.87 under the CWCA for which defendant Living Art Tattoo Studio is liable.  It is

      FURTHER ORDERED that plaintiffs Phillip Gardner and Patrick Smith are awarded

attorney fees and costs jointly and severally against defendants Living Art Tattoo Studio, LLC and Michael Pantoja under in the amount of $7,532.00 and $440.00, respectively.

DATED: May 7th , 2014

FOR THE COURT:
Jeffrey P. Colwell, Clerk

s/J. Chris Smith
By _____
Deputy Clerk